**Order entered May 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00335-CV

### JANI-KING FRANCHISING, INC., Appellant

### V.

### FALCO FRANCHISING, S.A., DAVID D'HOSE, PHILIPPE FISCH, CONSTANTIN ROMAS, AND JEAN BERNARD GENICOT, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11840**

## ORDER

We **GRANT** appellant's May 13, 2015 first unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than May 21, 2015.

/s/    CRAIG STODDART
JUSTICE